IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES W. BOLT                                                                          PLAINTIFF

V.                                        CASE NO. 5:14-CV-5223

JANE DOE #1, Agent of the Federal Bureau of
Investigation (FBI), North Miami Beach, Florida;
a/k/a Patricia Lincoln, Katherine Lewis, and Leah
Cleveland; SHERIFF KELLEY CRADDUCK, Benton
County, Arkansas; NURSE DARLA WATSON, Benton
County Detention Center; ROBERT CESSARIO, FBI,
Special Agent, Fayetteville, Arkansas; and SHERIFF
TIM HELDER, Washington County, Arkansas                          DEFENDANTS

ORDER

Comes on for consideration the Report and Recommendation (Doc. 8) filed in this

case on October 10, 2014,  by the Honorable Erin L. Setser, United States Magistrate for

the Western District of Arkansas.   Fourteen (14) days have passed without objections

being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as

follows:  the Report and Recommendation is proper and should be and hereby is

ADOPTED.  All claims against Separate Defendants, JANE DOE #1, Agent of the Federal

Bureau of Investigation (FBI), North Miami Beach, Florida; a/k/a Patricia Lincoln, Katherine

Lewis, and Leah Cleveland; SHERIFF KELLEY CRADDUCK, Benton County, Arkansas;

ROBERT CESSARIO, FBI, Special Agent, Fayetteville, Arkansas; and SHERIFF TIM

HELDER, Washington County, Arkansas, are DISMISSED WITHOUT PREJUDICE.  The

claims against Separate Defendant NURSE DARLA WATSON, individually, remain.

IT IS SO ORDERED on this 7th day of November, 2014.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE