IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JAMES W. BOLT**                                                                                              **PLAINTIFF**

V.                                         **CASE NO. 5:14-CV-05223**

**NURSE DARLA WATSON**                                                                           **DEFENDANT**

## ORDER

Now pending before the Court is the Report and Recommendation ("R & R") (Doc. 67) filed in this case on February 1, 2016, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Objections to the R & R were originally due on February 19, 2016. On February 22, 2016, Plaintiff James W. Bolt filed a Motion for Enlargement of Time (Doc. 68) and requested another 30 days to file objections. The Court granted the Motion and extended the time to file objections to March 21, 2016. No objections were filed.

After careful consideration of the Motion for Summary Judgment and the Magistrate Judge's recommendation, the Court finds that the R & R is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, Defendant's Motion for Summary Judgment (Doc. 35) is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**. A separate judgment will issue on this date.

**IT IS SO ORDERED** on this 23rd day of March, 2016.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE